

August 14, 2018

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Polaris Images Corporation v. Boston Globe Media Partners, LLC (1:18-cv-6661-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Polaris Images Corporation, in the above in-captioned case. The parties have reached a settlement in principle. The parties respectfully request that this Court administratively dismiss the action with leave to reopen the case in forty-five (45) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

                                              Respectfully submitted,

                                              /s/Richard Liebowitz
                                              Richard P. Liebowitz

                                              *Counsel for Plaintiff Polaris Images Corporation*

